ACCEPTED
05-14-00919-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/23/2015 9:30:23 AM
LISA MATZ
CLERK

## NO. 05-14-00919-CR

**IN THE
COURT OF APPEALS
5TH JUDICIAL DISTRICT
DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

4/23/2015 9:30:23 AM

LISA MATZ
Clerk

---

**ROBERT JAMES GRAY, JR., Appellant**

**V.**

**THE STATE OF TEXAS**

---

**ON APPEAL IN CAUSE NUMBER
062757
FROM THE 15TH DISTRICT COURT
OF GRAYSON COUNTY, TEXAS
HON. JAMES R. FRY, presiding**

---

### STATE'S MOTION TO POSTPONE ORAL ARGUMENT

---

THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, by and through her attorney in the above entitled and numbered cause, and files this Motion for Extension of Time in which to file the Appellee's Brief, and would show the following:

I.

The appellant was convicted of Murder on July 3, 2014 and the appellant was sentenced to 90 years in prison with a Deadly Weapon finding and a finding of "True" on one prior conviction.

The appellant filed his brief on January 5, 2015. The appellant filed two motions for extension in this case. The State's brief, after one extension, was filed on March 2, 2015. The appellant's reply brief was filed March 22, 2015.

Oral argument and submission in this case has been scheduled for May 19, 2015.

II.

The State now makes her first request to postpone oral argument.

III.

The facts relied upon to reasonably explain the need for an extension of time are as follows:

1.    This attorney is the sole attorney responsible for post-

conviction litigation in the Grayson County Criminal District Attorney's office. The case was tried by an attorney/attorneys other that this attorney.

2.   This attorney has a pre-paid, non-refundable trip out of the country scheduled for May 14, 2015 to May 21, 2015.

3.   Defense Counsel, John Hunter Smith was contacted and advised of the State's scheduling issue, and does not oppose postponing oral argument.

Wherefore, premises considered, the State requests this motion postpone oral argument be granted and that the Court reset oral argument and submission for some time after May 21, 2015.


/s/ _Karla Baugh Hackett_____
ATTORNEY FOR THE STATE

KARLA BAUGH HACKETT
ASST. CRIMINAL DISTRICT ATTORNEY
GRAYSON COUNTY, TEXAS
200 S. CROCKETT
SUITE 100
SHERMAN, TEXAS 75090
903/ 813-4361
903/ 892-9933 (FAX)
STATE BAR NO. 01923400

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF has this day been delivered to the attorney for the Appellant, in accordance with the laws of the State of Texas.

SIGNED APRIL 22, 2015.

/s/ *Karla Baugh Hackett*
ATTORNEY FOR THE STATE
KARLA BAUGH HACKETT
ASST. CRIMINAL DISTRICT ATTORNEY
GRAYSON COUNTY, TEXAS